UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE** | **CIVIL ACTION NO: 23-CV-2** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLON** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL.** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

## JUDGMENT

Considering the foregoing Order and Reasons, **IT IS ORDERED** Defendant's Motion to Dismiss (Record Document 15) is **GRANTED IN PART** and **DENIED IN PART**, and Doe's claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 12th day of April 2024.

_____
**DARREL JAMES PAPILLON**
**UNITED STATES DISTRICT JUDGE**